45139. WILSON v. MATTHEWS et al.

QUILLIAN, Judge. This case is controlled by the ruling in *Wilson v. Matthews*, 122 Ga. App. 67.

> *Judgment affirmed. Bell, C. J., and Whitman, J., concur.*

ARGUED MARCH 2, 1970—DECIDED MAY 26, 1970—REHEARING DENIED JUNE 18, 1970—

*Robinson, Thompson, Buice & Harben, B. Carl Buice,* for appellant.

*Mitchell & Mitchell, Warren N. Coppedge, Jr., Ellard & Frankum, Stephen D. Frankum, Erwin, Epting, Gibson & Chilivis, Nickolas P. Chilivis,* for appellees.